

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:   Harris County Appraisal District v. Jacob S. MacDonald and 1615 Tabor LLC

Appellate case number:   01-19-00990-CV

Trial court case number:   2018-29796

Trial court:   190th District Court of Harris County

Appellant's motion for extension of time to file notice of appeal is **granted.**

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                              Acting individually

Date:  December 19, 2019